IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALLYSON M.,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:25-CV-00420<br><br>Judge Graham<br><br>Magistrate Judge Deavers |

**ORDER**

This matter comes before the Court upon the parties' Joint Motion to Remand, filed September 3, 2025. Based upon the agreement of the parties, and for good cause shown, it is hereby **ORDERED** that:

1. The parties' Joint Motion to Remand (Doc. 9) is **GRANTED**.

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED**

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: September 4, 2025